## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TERRENCE JACKSON                                                        PLAINTIFF

v.                              No. 3:07CV00104 JLH

HINO MOTORS MANUFACTURING USA, INC.                      DEFENDANT

### ORDER

John W. Walker has filed a motion to be relieved as counsel for the plaintiff, Terrence Jackson. The Court hereby orders that on or before February 8, 2008, Jackson must respond to Walker's motion to be relieved as counsel. His response must state whether he opposes the motion for Walker to be relieved and, if he opposes the motion, state the reasons for his opposition. If he does not oppose Walker's motion, he must either give notice that he intends to proceed pro se and include in that notice an address and telephone number whereby the Court and opposing counsel may communicate with him concerning this case; or he must have a new lawyer enter an appearance as plaintiff's counsel, also by February 8, 2008. If Jackson does not comply with this order, the Court will dismiss his case without prejudice.

The defendant's motion to dismiss or, in the alternative, motion to stay and compel arbitration will be held in abeyance pending disposition of the motion for John Walker to be relieved as counsel for the plaintiff. In the event that Jackson intends to proceed pro se, he must respond to the motion to dismiss or, in the alternative, motion to stay and compel arbitration on or before February 8, 2008. If another lawyer enters an appearance for Jackson, that lawyer should upon entry of his appearance file an appropriate response to that motion.

IT IS SO ORDERED this 8th day of January, 2008.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE