**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRENCE JACKSON                                                                 PLAINTIFF

v.                                        No. 3:07CV00104 JLH

HINO MOTORS MANUFACTURING USA, INC.                                 DEFENDANT

## ORDER

   Terrence Jackson has again requested more time to respond to the defendant's motion to dismiss or, in the alternative, to stay and compel arbitration.  That motion was filed on December 3, 2007.  Jackson did not file a timely response.  On January 4, 2008, his lawyer filed a motion to withdraw.  On January 8, 2008, the Court entered an order stating that Jackson must respond to the motion to withdraw and to the defendant's motion to dismiss or to compel arbitration by February 8, 2008.  On February 8, 2008, Jackson filed a statement saying that he would pursue the case without his lawyer and asking additional time to respond to the defendant's motion.  The Court dismissed his lawyer and extended the time for responding to the defendant's motion until March 10, 2008.  On March 10, 2008, Jackson again requested additional time.

   The Court will grant this last request for additional time but no more.  The time within which Jackson must respond to the defendant's motion to dismiss or to compel arbitration is extended up to and including March 28, 2008.  No further extensions of time will be granted.

   IT IS SO ORDERED this 11th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE