## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TERRENCE JACKSON                                                                                       PLAINTIFF

v.                                              No. 3:07CV00104 JLH

HINO MOTORS MANUFACTURING USA, INC.                                          DEFENDANT

## ORDER

For good cause shown, the deadline for filing plaintiff's response to defendant's motion to dismiss or, in the alternative, motion to stay and compel arbitration is hereby extended up to and including April 28, 2008. Document #19.

IT IS SO ORDERED this 31st day of March, 2008.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE