**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRENCE JACKSON                                                                                    PLAINTIFF

v.                                              No. 3:07CV00104 JLH

HINO MOTORS MANUFACTURING USA, INC.                                          DEFENDANT

### ORDER

The parties have filed a stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. It appears that the action has been settled, and that the appeal likewise will be dismissed. Pursuant to the stipulation of the parties, this action is dismissed.

IT IS SO ORDERED this 17th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE